UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Alexander Segovia</u>

      Plaintiff

v.                                       Civil Action No. <u>19-10504-ADB</u>

<u>A&D Construction Service Corporation et al</u>

      Defendant

## **ORDER FOR REMAND**

<u>Burroughs, DJ</u>

In accordance with this Court's Electronic Order dated May 31, 2019, GRANTING the Unopposed Motion to Remand, it is hereby ordered that this case be REMANDED to Suffolk Superior Court for further proceedings.

                                                BY THE COURT,

                                                <u>/s/ Christina McDonagh</u>

                                                Deputy Clerk

DATED: May 31, 2019